HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
George Esle Pires

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>GEORGE ESLE PIRES,<br>*Defendant.* | No. 1:13-cr-00052-AWI-BAM<br><br>STIPULATION TO CONTINUE JURY TRIAL; ORDER THEREON<br><br>Date: May 5, 2015<br>Time: 8:30 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, GRANT RABENN, Assistant United States Attorney, counsel for plaintiff, and ANN H. MCGLENON, Assistant Federal Defender, counsel for defendant George Pires, that the date for the jury trial may be continued to May 5, 2015.

On January 5, 2015, Defense Expert Marcus Lawson had emergency surgery and will require at least one month for recovery. Also, upon government review of discovery and the expert report, it is not clear that the Defense Expert had access to all items necessary to review. Trial schedules for counsel and witnesses require the continuance date of May 5, 2015.

The parties agree that any delay resulting from this continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 8, 2015 By: */s/ Grant Rabenn*
GRANT RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 8, 2015 By: */s/ Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
George Esle Pires

ORDER

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(D) and 3161(B)(iv).

IT IS SO ORDERED.

Dated: January 8, 2015

SENIOR DISTRICT JUDGE