HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEORGE ESLE PIRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:13-CR-00052 AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL SCHEDULE; ORDER |
| vs. | ) ) | **Trial Confirmation and Motions in Limine**: Date:   April 20, 2015 Time:   10:00 a.m. |
| GEORGE ESLE PIRES, | ) ) | **Trial**: |
| Defendant. | ) ) ) | Date:   May 5, 2015 Time:   8:30 a.m. Judge:   Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new pre-trial and trial schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Government Exhibit List Due | January 13, 2015 | April 16, 2015 |
| Voir Dire Questions Due | January 15, 2015 | April 20, 2015 |
| Lodging Video/Transcripts Due | January 15, 2015 | April 20, 2015 |
| Trial Briefs Due | January 15, 2015 | April 20, 2015 |
| Motions in Limine Hearing | January 15, 2015 | April 20, 2015 – 1:30 p.m |
| Trial | January 21, 2015 | May 5, 2015 –  8:30 a.m. |

The extended litigation dates are necessary because the Defense Expert had emergency surgery which will require at least one month for recovery.  Also, upon government review of discovery of the expert report, it is not clear that the Defense Expert had access to all items necessary to review.   The requested continuance will conserve time and resources for all parties and the court, and may increase the parties' ability to resolve this matter short of trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 9, 2015               /s/ Grant Rabenn
                                     GRANT RABENN
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     HEATHER E. WILLIAMS
                                     Federal Defender


DATED: January 9, 2015               /s/ Ann H. McGlenon
                                     ANN H. MCGLENON
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     GEORGE ESLE PIRES


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:  January 9, 2015              _____
                                     SENIOR DISTRICT JUDGE