BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE ESLE PIRES,<br><br>Defendant. | CASE NO. 1:13-CR-00052-AWI<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Based upon the plea agreement entered into between plaintiff United States of America and defendant George Esle Pires, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant George Esle Pires' interest in the property referred to in Exhibit A attached hereto shall be condemned and forfeited to the United States of America, to be disposed of according to law (exclusive of the "Non-Forfeited Property," hereafter the "Forfeited Property").

2. The Forfeited Property constitutes property which contains visual depictions mailed, shipped, or transported, and is property used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. § 2252(a)(2).

3. Within 30 days after entry of judgment in this case and assuming there is no

appeal, the United States agrees to make available for retrieval by the defense counsel, two CD's out of FBI Evidence Item 1B-9 that are now described as FBI Evidence Item 1B-32, the nine VHS tapes out of FBI Evidence Item 1B-20 that FBI determines does not contain contraband, and five tapes identified as FBI Evidence Item that FBI determines does not contain contraband (collectively the "Non-Forfeited Property").

4. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

5. a. Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all

///
///
///
///

1 | interests will be addressed.

3 | IT IS SO ORDERED.

4 | Dated:   June 10, 2015

_____
SENIOR DISTRICT JUDGE

# Exhibit A

**Evidence Report for Case:**     305G-SC-2718842

| Item # | Type | Barcode | Acquistion Event | Description |
|---|---|---|---|---|
| 1B30 | CART | E5554158 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) HP Pavillion 500 Computer S/N KR30990234 w/Maxtor HDD S/N E1AZ1HCE (SCSD Barcode 100417) |
| 1B29 | GENERAL | E5554157 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) Children's Underwear (SCSD Barcodes 100405 & 100416) |
| 1B28 | GENERAL | E5554156 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) Photo Albums (SCSD Barcode 100403) |
| 1B27 | GENERAL | E5554155 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) 6 Camcorders (SCSD Barcodes 100399, 100400, 100401, 100402, 100406, 100412). Camera Bag (SCSD Barcode 100411). Electronic Assembly (SCSD Barcode 100407). Digital Camera (SCSD Barcode 100408). Linksys Router (SCSD Barcode 100409). Pink Kodak Easyshare C813 Camera (SCSD Barcode 100410). Binoculars ((SCSD Barcode 100413). |
| 1B26 | GENERAL | E5554154 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) Indicia for Pires (SCSD Barcode 100395) |
| 1B25 | GENERAL | E5554153 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) File box with index cards (SCSD Barcode 100390) |
| 1B24 | GENERAL | E5554152 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) Folders with Photos (SCSD Barcode 100389) |
| 1B23 | GENERAL | E5554151 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) Doll with underwear (SCSD Barcode 100387) |
| 1B22 | GENERAL | E5554150 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) Videos (SCSD Barcode 100386). VHS Tapes (SCSD (Barcode 100391). Video Tapes #64-67 (SCSD Barcode 100414). DVD (SCSD Barcode 100418). |
| 1B21 | GENERAL | E5554149 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) Misc. Children's Clothing (SCSD Barcode 100381) Sandisk 2gb Memory Card Adapter (SCSD Barcode 100382). 8 Misc. CD/DVD (SCSD Barcode 100383). Lexar Memory Card (SCSD Barcode 100384). Boys Photos (SCSD Barcode 100385). Photos (SCSD Barcode 100396). Camcorder Tape (SCSD Barcode 100392). Floppy Discs (SCSD Barcode 100393). VHS Tape (SCSD Barcode 100394). Misc. CDs (SCSD Barcode 100398). Misc. Photos Calenders & Documents (SCSD Barcode 100404). USB Device & Photos (SCSD Barcode 100415). AOL Documents (SCSD Barcode 101951). AOL CD (SCSD Barcode 101952). DVD of Computer Forensics (SCSD Barcode 101953). DVD of Computer Forensics (SCSD Barcode 101954). DVD of Scanned images of binders (SCSD Barcode 10217). |
| 1B20 | GENERAL | E5554148 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) Misc. VHS Tapes / Videos (SCSD Barcodes 100380 & 100388) |
| 1B19 | CART | E5554147 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) IMAC Computer (SCSD Barcode 100379) |
| 1B18 | CART | E5554146 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) HP Pavillion Desktop Computer S/N CNC44315N8 w/Seagate HDD S/N 5LAGSXWH (SCSD Barcode 100378) |
| 1B17 | GENERAL | E5554145 | (U) Evidence from Stanislaus County Sheriff case S-12-034435 | (U) Box of VHS Movies (SCSD Barcode 100377) |
| 1B16 | CART | E5554040 | (U) Evidence Defense Review Copy | (U) Hitachi Deskstar 80 GB hard drive, s/n: S5S9XJKJ, defense review copy images from 1B2, 1B8, and 1B11 |
| 1B15 | CART | E5195137 | (U) FTK Report | (U) DVD containing FTK report |
| 1B14 | GENERAL | E4878803 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) Kodak Max flash disposable camera |
| 1B13 | GENERAL | E4878802 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #13) Notebook |
| 1B12 | CART | E4878801 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #12) 3 VHS tapes and 1 CD Movie |
| 1B11 | CART | E4878800 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #11) Premio Desktop CPU, s/n: 2021009686 |
| 1B10 | CART | E4878799 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #10) Seven video cassettes |
| 1B9 | CART | E4878798 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #9) Miscellaneous photos and CD's |
| 1B8 | CART | E4878797 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #8) HP Compaq CPU, Model EVO, s/n:U251J4HZB957 |
| 1B7 | GENERAL | E4878796 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #7) various photos and photo log sheet |
| 1B6 | GENERAL | E4878795 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #6) various photos and kodak camera |
| 1B5 | CART | E4878794 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #5) Purple Kyocera Metro PCS cell phone, meid (D) #268435457813549065 |
| 1B4 | CART | E4878793 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #4) Black Samsung MetroPCS cell phone s/n: 752 |
| 1B3 | CART | E4878792 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #3) Black Samsung Metro PCS cell phone s/n 384 |
| 1B2 | CART | E4878791 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #2) PNY Premium 2GB SD Card |
| 1B1 | CART | E4878790 | (U) Search of 1736 E. Service Rd. Ceres, CA | (U) (Item #1) Polaroid A801 digital camera |