PHILLIP A. TALBERT
Acting United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>GEORGE ESLE PIRES,<br>aka Jorge Eliseu Pires,<br><br>                         Defendant. | CASE NO.  1:13-CR-00052-AWI<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on June 11, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant George Esle Pires aka Jorge Eliseu Pires forfeiting to the United States the property referred to in Exhibit A attached hereto, to be disposed of according to law (exclusive of the "Non-Forfeited Property," hereafter the "Forfeited Property").

AND WHEREAS, the United States has agreed that within 30 days after entry of judgment in this case and assuming there is no appeal, to make available for retrieval by the defense counsel, two CD's out of FBI Evidence Item 1B-9 that are now described as FBI Evidence Item 1B-32, the nine VHS tapes out of FBI Evidence Item 1B-20 that FBI

determines does not contain contraband, and five tapes identified as FBI Evidence Item that FBI determines does not contain contraband (collectively the "Non-Forfeited Property").

AND WHEREAS, beginning on July 16, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-referenced property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of George Esle Pires aka Jorge Eliseu Pires.

2.      All right, title, and interest in the above-listed Forfeited Property shall vest solely in the name of the United States of America.

3.      The United States Marshals Service, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   August 31, 2016      _____

SENIOR  DISTRICT  JUDGE

Final Order of Forfeiture                              2